AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EXPORT DEVELOPMENT CANADA, a Canadian Crown Corporation and instrumentality of Canada

V.

IDEAL SPA COVERS, INC., a California corporation; and DOES 1 through 10, inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV 08-3307

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff Export Development Canada, an instrumentality of the Government of Canada, shall have and recover from defendant Ideal Spa Covers, Inc. judgment in the amount of $419,660.45, which amount includes compensatory damages for breach of contract in the amount of $384,769.74 and prejudgment interest in the amount of $34,890.71 calculated at $105.41 per day from November 12, 2007 through October 8, 2008.

IT IS FURTHER ORDERED AND ADJUDGED

that Plaintiff shall recover its costs from defendant in the amount of $_____.

10-10-08
Date

_____
Clerk  Judge

_____
(By) Deputy Clerk

AO-450

# Motions

2:08-cv-03307-VBF-AN Export Development Canada v. Ideal Spa Covers, Inc. et al (ANx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Novicoff, Michael on 9/15/2008 at 5:44 PM PDT and filed on 9/15/2008

**Case Name:** Export Development Canada v. Ideal Spa Covers, Inc. et al
**Case Number:** 2:08-cv-3307
**Filer:** Export Development Canada
**Document Number:** 12

**Docket Text:**
NOTICE OF MOTION AND MOTION for Summary Judgment *Or In The Alternative for Writ of Attachment* filed by plaintiff Export Development Canada. Motion set for hearing on 10/6/2008 at 01:30 PM before Judge Valerie Baker Fairbank. (Attachments: # (1) Separate Statement of Uncontroverted Facts and Conclusions of Law, # (2) Declaration Declaration of Ryan Clark in Support of Motion for Summary Judgment or In the Alternative Writ of Attachment, # (3) Declaration Declaration of Michael Leap In Support for Motion for Summary Judgment or In The Alternative Writ of Attachment, # (4) Declaration Declaration of Michael L. Novicoff In Support of Motion for Summary Judment or In the Alternative Writ of Attachment, # (5) Request for Judicial Notice in Support of Motion for Summary Judgment Or In the Alternative Writ of Attachment, # (6) Notice of Application and Hearing for Right to Attach Order and Writ of Attachment, # (7) Application for Right to Attach Order, Order for Issuance of Writ of Attachment After Hearing, # (8) Right To Attach Order For Issuance of Writ of Attachment, # (9) Writ of Attachment After Hearing, # (10) Judgment in a Civil Case, # (11) Proposed Order Proposed Ordger Granting Export Development Canada's Motion for Summary Judgment or In the Alternative Writ of Attachment)(Novicoff, Michael)

**2:08-cv-3307 Notice has been electronically mailed to:**

Stephen F Biegenzahn     steve@sfblaw.com

Michael L Novicoff     mnovicoff@linerlaw.com, eayers@linerlaw.com

Teri T Pham     tpham@linerlaw.com, ntorrecillas@linerlaw.com

**2:08-cv-3307 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Notice of Motion in Support of MSJ.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-0]
[3c4b16f65c84b8d71a96f9396b1c6110b229b93ae41f5494cbd84ca88b3c7d056dbb
31189c10c85993fc159ce8f6cba97023f82f069bfd27389d87b4e515a75f]]

**Document description:** Separate Statement of Uncontroverted Facts and Conclusions of Law
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Separate Statement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-1]
[26987501c39b886c6ed9916be12518c80b29e464cba349dc8a867ec96ccd45f37555
1f0d3f6e3f9f35db2d07488f157141e6659e4d25bd674144b85fd704a09b]]

**Document description:** Declaration Declaration of Ryan Clark in Support of Motion for Summary Judgment or In the Alternative Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Clark Decl..pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-2]
[0ceaf872dc25ac691e390e99d21bf707e83c0a1b56d5193b81901a83037ae28b4bbe
e3c0f2b924e5b24606069e07b388483ff144efa99c3b3632299ce7cf3e80]]

**Document description:** Declaration Declaration of Michael Leap In Support for Motion for Summary Judgment or In The Alternative Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF M. Leap Decl..pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-3]
[4128dd9047f316ee084883e34ce756b07cecac483619348cce4d0811d753c52521cc
1f0bd7582896b3575a73c8a6e3d09dffafb46f900e48b45f98da5d97e239]]

**Document description:** Declaration Declaration of Michael L. Novicoff In Support of Motion for Summary Judment or In the Alternative Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF M. Novicoff Decl. .pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-4]
[94972100450300deee44367c9745084ab0a7ee8cae6cbe56bfb94a61ed8b09b490f6
5e301f0ab614079269875cee94e1e0c3427c1e0e2225261fec3588efedb5]]

**Document description:** Request for Judicial Notice in Support of Motion for Summary Judgment Or In the Alternative Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\Request for Judicial Notice in Support of MSJ Or In The Alternative Writ of Attachment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-5]
[ba36cf2dd36a0392425d32800506cabe7a7ed28c1294fedebcc1efda2cc5646b4808
93445d3dabd4e6d4f7e4e301fa8c2f443865555e758043b2c087ab0bd1b7]]

**Document description:** Notice of Application and Hearing for Right to Attach Order and Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Notice of Application and Hearing for Right to Attach Order and Writ of Attachment.pdf

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-6]
[825bb48a64720b7fed0d821ae76255b166e0c11f33cdd5170d93f880e08350bd9b0f
903ae62ef14ebc0eb2f04961845dc3022e178160f32a304ebc8756104ae1]]
**Document description:** Application for Right to Attach Order, Order for Issuance of Writ of Attachment After Hearing
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Application for Right to Attach Order, Temporary Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-7]
[24bc9a52616e43be15791382cff98554e82dce9eabd9d606055b1507bfadb0ab42c1
6a1128645e3a5c0d1d2c10114861de00f3aeae1b8133d15afb037dc1b1c1]]
**Document description:** Right To Attach Order For Issuance of Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Right to Attach Order After Hearing and Order for Issuance of Writ of Attachment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-8]
[5c7fa46e5f99defa072645b9b1b1dd63313a74c0bd582fdaef07c0a961e8b4bbb3ec
b3453f963f88edef6828b951a7d4f1c33d1a4cfbffda7c1a7d35698b7eb9]]
**Document description:** Writ of Attachment After Hearing
**Origi nal filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Writ of Attachment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-9]
[b63f5b99b0671f7baa832685d19a8e87f6abe922ed853fcbe6734624cb4c9f4730f2
7487e469192a2a1fb58e2528d4e666a11064b72c247a582b08a284a0861e]]
**Document description:** Judgment in a Civil Case
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Judgment In A Civil Case.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-10
] [43a0505d8784b444b6d9ebdde8652581168e17f4249d586dc97c5b56b55b6b2830b
50052858b12d31aeb199265f29e1cf8fdc32976aeb3d5104d795d3149deca]]
**Document description:** Proposed Order Proposed Ordger Granting Export Development Canada's Motion for Summary Judgment or In the Alternative Writ of Attachment
**Original filename:** C:\Documents and Settings\DWILLIAMS\Desktop\CV 08-3307-VBF Proposed Order in Support of SMJ.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=9/15/2008] [FileNumber=6493466-11
] [b6861d399c4270f768a7dfef1a4c3b18ed9fed6b9170ea35aadacd9893d4dc2b583
bd20d938d882a3adc61511df8ef3d6318cfa58a9b2b0fd8da077cdee31804]]